UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:07-00001 |
| | ) | JUDGE CAMPBELL |
| JOSHUA LEE JOHNSON | ) | |

## ORDER

This case is TRANSFERRED to Honorable Chief Judge Sharp. The hearing scheduled for November 18, 2016, remains scheduled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE